**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D. WILKINS, | ) NO. CV 20-818-VAP(E) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| STATE OF CALIFORNIA, et al., | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the federal claims in the First Amended Complaint are dismissed without leave to amend and with prejudice; (2) the Court declines to exercise supplemental jurisdiction over the

state law claims; and (3) the action is remanded to the Superior Court of the State of California for the County of San Luis Obispo.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff and counsel for Defendants.

DATED: April 17, 2020.

                                              _____
                                              VIRGINIA A. PHILLIPS
                                            UNITED STATES DISTRICT JUDGE