**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY D. WILKINS, | ) | NO. CV 20-818-VAP(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| STATE OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that: (1) the federal claims in the First Amended Complaint are dismissed without leave to amend and with prejudice; (2) the Court declines to exercise supplemental jurisdiction over the state law claims; and (3) the action is remanded to the Superior Court of the State of California for the County of San Luis Obispo.

DATED: April 17, 2020.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE